UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FELICIA REAVES WEBB,   CASE NO.: 1:19-cv-118

    Plaintiff,

-vs-

UNITED STATES OF AMERICA

    Defendant.
_____/

## COMPLAINT

The Plaintiff, FELICIA REAVES WEBB, an individual, sues the Defendant, UNITED STATES OF AMERICA, (hereinafter referred to as "United States") and alleges:

1. This is a civil action for damages brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b) & 28 U.S.C. §§ 2671-80, based on a personal injury claim that accrued against the United States on or about July 30, 2016, on SW 2nd Avenue, in Alachua County, Florida, in the Northern District of Florida.

2. At all times material hereto, the Plaintiff was a resident of Union County, Florida.

3. Pursuant to 28 U.S.C. § 2675(a), the Plaintiff presented her claim against the United States to the United States Postal Service on or about April 26, 2018.

4. On March 25, 2019, the United States Postal Service, rejected/denied the claim to the Plaintiff.

1

5. At all times material hereto, the United States Postal Service was a department or agency of the United States government. The United States, through the United States Postal Service owned, possessed, or controlled the white Ford van vin #: 9206330 that was being operated with its consent by REBECCA S WHITE.

6. At all times material hereto, the United States, as owner, or possessor of the aforementioned motor vehicle is legally liable for negligent acts committed by individuals operating that vehicle with its consent while acting as an agent or employee of the United States Postal Service.

7. On or about July 30, 2016, REBECCA S WHITE, while in the course and scope of her agency and/or employment with the United States Postal Service negligently operated the aforesaid vehicle, causing a collision with a vehicle owned and operated by Plaintiff.

8. As a direct and proximate result of the aforesaid negligence, Plaintiff, FELICIA REAVES WEBB, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, FELICIA REAVES WEBB, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, the Plaintiff, FELICIA REAVES WEBB, demands judgment for damages, interest and costs against the Defendant, UNITED STATES OF AMERICA.

                FARAH & FARAH, P.A.

                */s/ Neal J. Gambler II*

                **Neal J. Gambler II, Esquire**
                Florida Bar No.: 0592560
                1511 NW 6th Street
                Gainesville, FL 32601
                (352) 240-7700
                (904) 701-5014 (facsimile)
                Primary: NGambler@farahandfarah.com
                Secondary: KGebhardt@farahandfarah.com
                Attorney for Plaintiff